<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1032**

_____

GODEFROY YOUSSA TCHEUFA,

          Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General of the United States
of America; JANET NAPOLITANO, Secretary of the Department
of Homeland Security (DHS); JULIE MAYERS, Assistant
Secretary, United States Immigration and Customs
Enforcement (ICE); MICHAEL J. PITTS, Field Office Director
for Detention and Removal; DIANA PEREZ, Officer in Charge,
Willacy Detention Center, Raymondville, Texas; ROBERT
MILES, Warden, Willacy Detention Center, Raymondville,
Texas,

          Respondents.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals.

_____

Submitted:  June 29, 2010         Decided:  July 16, 2010

_____

Before MICHAEL,[*] MOTZ, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

    [*] Judge Michael was a member of the original panel but did not participate in this decision.  This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Godefroy Youssa Tcheufa, Petitioner Pro Se. Brianne Whelan Cohen, Tyrone Sojourner, UNITED STATES DEPARTMENT OF JUSICE, Daniel Eric Goldman, Senior Litigation Counsel, Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Godefroy Youssa Tcheufa, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen as untimely. We have reviewed the administrative record and Tcheufa's claims and find no abuse of discretion in the denial of relief on Tcheufa's motion. See 8 C.F.R. § 1003.2(c)(2) (2010). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Tcheufa (B.I.A. Dec. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

3